# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Theron Preston Washington ,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                          3:12-cv-00565-RJC

Barack Obama ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/19/2012 Order.

                                          Signed: September 20, 2012

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court