# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Theron Preston Washington ,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            3:12-cv-00565-RJC

Barack Obama ,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/19/2012 Order.

                                            Signed: September 20, 2012

                                            Frank G. Johns, Clerk
                                            United States District Court